UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**ROBERT M. CRUTCHER, III**,  　　　　　　　　Civil Case No. 6:14-CV-00308-KI

　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　　　　JUDGMENT

　　　　　　　　v.

**CAROLYN W. COLVIN,**
Acting Commissioner of Social Security,

　　　　　Defendant.

　　　　Kathryn Tassinari
　　　　Brent Wells
　　　　Harder, Wells, Baron & Manning, P.C.
　　　　474 Willamette, Suite 200
　　　　Eugene, Oregon  97401

　　　　　　　Attorney for Plaintiff

　　　　S. Amanda Marshall
　　　　United States Attorney
　　　　District of Oregon

Page 1 - JUDGMENT

Ronald K. Silver
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97201-2902

Sarah L. Martin
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington  98104-7075

      Attorneys for Defendant

KING, Judge:

      Based on the record,

      The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner for a finding of disability.

      Dated this  31st  day of March, 2015.

      /s/ Garr M. King
      Garr M. King
      United States District Judge